This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**LARRY KOZLOWSKI,**

     Worker-Appellant,

v.                                                                                    **NO. 32,659**

**YRC, WORLDWIDE AND**
**GALLAGHER BASSETT SERVICES, INC.,**

     Employer-Insurer-Appellee.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Reginald C. Woodard, Workers' Compensation Judge**

David S. Proffit
Albuquerque, NM

for Appellant

Law Offices of Robert Bruce Collins
Robert Bruce Collins
Julie Koschtial
Albuquerque, NM

for Appellee

# MEMORANDUM OPINION

**WECHSLER, Judge.**

{1}    Worker appeals a workers' compensation order.  In our notice of proposed summary disposition, we proposed to affirm in part and reverse in part.  Worker has filed a memorandum in support of this Court's proposed summary disposition, in which he concedes that the proposed summary disposition is appropriate. Accordingly, for the reasons stated in our notice of proposed summary disposition, we affirm in part and reverse in part.

{2}    **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**J. MILES HANISEE, Judge**